IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN -4 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

AKECHETA MORNINGSTAR (formerly Audray Johnson)

                                            **PLAINTIFF**

VS.                CIVIL ACTION NO. 3:18cv10CWR-7KB

KELLY SERVICES                                   **DEFENDANT**

### COMPLAINT

### (PLAINTIFF DEMANDS TRIAL BY JURY)

**COMES NOW,** Plaintiff Akecheta Morningstar, pro se, files his complaint against Defendant, **Kelly Employment Services.** In support thereof, the Plaintiff states as follows:

### PARTIES

The Plaintiff, Akecheta Morningstar is an adult resident citizen of Hinds County in the State of Mississippi.

Kelly Employment Services is a business whose home office is located in :

Troy, Michigan. U.S.A.

## JURISDICTION AND VENUE

This Court has jurisdiction over this matter because the Plaintiff is claiming Diversity status based on Civil code 28 U.S. Code §1332 Also due to the Plaintiff's Rights was violated pertaining to the American with Disability Act of 1990.

## FACTS

On or about February, 2013, Plaintiff began employment with Jackson Public School District as a part time substitute teacher. The student body began to quickly take a liking to the Plaintiff- how he handled himself in an unabrasive manner, while filling in for absent teachers. Although knowledgeable about the Plaintiff's disability, he consistently worked as a substitute throughout his tenure. On occasion, the office manager would compliment him on how he holds his composure, even though the kids being unruly and cantankerous.

Fast forwarding to the start of the school year of 2016, Jackson Public District began to outsource HR responsibilities of the substitute teachers to Kelly Employment Services. Kelly Services were immediately notified by the Plaintiff that he had a disability. Not too long after that, the Plaintiff ceased receiving job assignments on his profile, even though Kelly was inundated with work. But because he had a good reputation with Murrah High School, he still received steady work.

However, things began to get more direct than the previous suttle circumstances

that was being set up in ~~my~~ his environment in order to activate his Post Traumatic Stress (PTSD), in which they knew he suffered from. Administration would ask him questions like: You got afraid when the lights went off, didn't you?? They also left a note in his work are with the word "Assassin" written on it.

Then, things culminated in September, 2017 when they had a parent enter his Classroom with her supposed to be husband that was a Sheriff Deputy. She was very abrasive and threatened his life because Administration didn't give him a lesson plan.

Additionally they had a student who he was normally good with threatened his life.

And to really hurt him financially, JPS criminally place over $5000 on his Social Security account in order to get his disability check cut off. So all of this was strategically done at the right time to get both of his streams of income to cease at the same time.

## CLAIM FOR RELIEF

Of course we live in a right to work state, and the Employer can get rid of you for any reason. However, because the Plaintiff is in a protected class, they had no reason attempting to aggravate his sickness. As a result of their actions, he lost his means of transportation, almost lost his house, and had to stay in the hospital for 6 days. No one from the school or employment service called to check on him. He is claiming relief under the American Disability Act of 1990.

## DAMAGES

Plaintiff seeks damages for pain and suffering and financial loss. Defendants actions constituted gross conduct, therefore the Plaintiff seeks punitive damages. In addition, the Plaintiff seeks trial by jury.

Respectively submitted this the 4th day of January, 2017

Akecheta Morningstar

*(signature)*